**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANGIE SPIRO and PETRIT SPIRO,

                Plaintiffs,

vs.

UNITED STATES OF AMERICA,

                Defendant.

No. 15 Civ. 3886 (RLE)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/01/2017

## ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, on or about December 12, 2016, plaintiffs Angie Spiro and Petrit Spiro ("Plaintiffs") entered into an agreement to settle and compromise each and every claim of any kind, whether known or unknown, including claims for wrongful death, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action;

WHEREAS, the complete and precise terms and conditions of the settlement are set forth in the Stipulation for Compromise Settlement and Release (the "Stipulation"), attached hereto as Exhibit A;

WHEREAS, Plaintiffs and the United States (together, the "Parties") entered into the Stipulation for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation;

WHEREAS, the Stipulation is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, its agents, servants, or employees;

WHEREAS, pursuant to the terms of the Stipulation, Plaintiffs now request that the Court enter a Dismissal Order, as that term is defined in the Stipulation;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Parties bear their own costs, expenses and fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, following its entry of this Order, the Court will not retain jurisdiction over the action against the United States or the Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the above-captioned action is dismissed in its entirety with prejudice.

Dated: February 1, 2017
New York, New York

SO ORDERED:

_____
HON. RONALD L. ELLIS
United States Magistrate Judge